**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Glenn Thomas WOODY, and Glenn Weaver Blair, Defendants-Appellants.**

**No. 71-1795
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Nov. 18, 1971.

———◆———

William E. Wiggins, Texarkana, Tex. (court appointed for Glenn Thomas Woody).

---

James W. Hughes, Texarkana, Tex. (court appointed for Glenn Weaver Blair).

Roby Hadden, U. S. Atty., Tyler, Tex., J. C. Hawthorn, Asst. U. S. Atty., Beaumont, Tex., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]